

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA           :     SEALED INFORMATION
     - v. -                        :
                                   :     S1 13 Cr. 814 (JMF)
RICHARD RIVERA,                    :
     a/k/a "Richie,"               :
                                   :
               Defendant.          :
                                   :
- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/13

### COUNT ONE

The United States Attorney charges:

1.   From in or about February 2013, up to and including in or about September 2013, in the Southern District of New York and elsewhere, RICHARD RIVERA, a/k/a "Richie," the defendant, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RIVERA agreed with others to commit armed robberies of commercial establishments, specifically bodegas, located in Manhattan and elsewhere, which sold goods that had been shipped in interstate commerce.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The United States Attorney further charges:

2.      From at least in or about February 2013, up to and including in or about September 2013, in the Southern District of New York and elsewhere, RICHARD RIVERA, a/k/a "Richie," the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count One of this Information, knowingly did use and carry firearms, and in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, at least one of which was brandished during the robberies.

(Title 18, United States Code,
Sections 924(c)(1)(A)(ii) and 2.)

**FORFEITURE ALLEGATION**

3.   As the result of committing the offense charged in Count One of this Information, in violation of Title 18, United States Code, Section 1951, RICHARD RIVERA, a/k/a "Richie," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One of this Information, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

Substitute Assets Provision

4.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third person;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 981, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461, to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 18, United States Code, Sections 981 and 1951;
Title 28, United States Code, Section 2461; and
Title 21, United States Code, Sections 841(a)(1) and 853.)

*/s/ Preet Bharara*

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICHARD RIVERA, a/k/a "Richie,"

Defendant.

SEALED INFORMATION

S1 13 Cr. 814 (JMF)

(18 U.S.C. §§ 1951, 924(c) and 2.)

PREET BHARARA
United States Attorney.

2/26/13 Filed Sealed Superseding Information
         Filed Waiver of Indictment.
                    Judge Gorenstein
                         USMJ