# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,          :

      v.                             :

                                                    S1 13 Cr. 814 (JMF)

RICHARD RIVERA,                    :
    a/k/a "Richie,"

                                                :

                     Defendant.

------------------------------------ x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 1951, and 924(c)(1)(A)(ii), being advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

_____
Witness

Date:   New York, New York
        December        , 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/13
```