| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA

v.

RICHARD RIVERA,
   a/k/a "Richie,"

             Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

S1 13 Cr. 814 (JMF)

TO:    Clerk of Court
           United States District Court
           Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney for the
                                            Southern District of New York

                                            by: _____
                                                   Negar Tekeei
                                                     Assistant United States Attorney
                                                   (212) 637-2482

TO:    All Counsel of Record