```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                   :
  UNITED STATES OF AMERICA                                         :
                                                                   :
             - v. -                                                :     S1 13 Cr. 814 (JMF)
                                                                   :
  RICHARD RIVERA,                                                  :     ORDER
       a/k/a "Richie,"                                             :
                                                                   :
             Defendant.                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2014

JESSE M. FURMAN, United States District Judge:

WHEREAS an application has been made by the Government, by and through Assistant United States Attorney Negar Tekeei, and with the consent of Richard Rivera, the defendant, by and through Joshua Dratel, Esq., counsel for the defendant, for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 until May 9, 2014;

WHEREAS the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss possible dispositions of this matter; it is hereby

**ORDERED** that the time from the date of this Order to May 9, 2014, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interests of justice.

Dated: March 27, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge