

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 3, 2014

**BY ECF**

The Honorable Lorretta A. Preska
Chief United States District Judge
500 Pearl Street
New York, New York 10007

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        **Re:**    *United States* v. *Alex Ortega*, 99 Cr. 278 (LAP);
                *United States* v. *Alex Ortega*, 92 Cr. 1198 (LAP);
                *United States* v. *Marino Ortega, a/k/a "Alex Ortega,"* 13 Cr. 814 (JMF)

Dear Chief Judge Preska and Judge Furman:

      The Government respectfully submits this letter to alert the Court regarding multiple proceedings against the defendant, Marino Alex Ortega, in the above-captioned cases. The defendant, having pled guilty to participating in a conspiracy to commit Hobbs Act robberies, in violation of 18 U.S.C. § 1951, is scheduled to be sentenced in *United States* v. *Marino Ortega, a/k/a "Alex Ortega,"* 13 Cr. 814 (JMF), on April 7, 2014. The defendant is also scheduled to appear for a status conference regarding alleged violations of supervised release in *United States* v. *Alex Ortega*, 99 Cr. 278 (LAP) and *United States* v. *Alex Ortega*, 92 Cr. 1198 (LAP) on April 15, 2014.

                                                           Very truly yours,

                                                            PREET BHARARA
                                                            United States Attorney

                           By:   _____
                                 Negar Tekeei
                                 Assistant United States Attorney
                                 (212) 637-2482

cc: Mary Mulligan, Esq. (Via ECF and Email at mmulligan@fklaw.com)