E59TRIVC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                            13 CR 814 (JMF)

RICHARD RIVERA,

              Defendant.

------------------------------x
                                        New York, N.Y.
                                        May 9, 2014
                                        9:30 a.m.

Before:

              HON. JESSE M. FURMAN,

                                        District Judge


                        APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
NEGAR TEKEEI
     Assistant United States Attorney

JOSHUA DRATEL
     Attorney for Defendant
```

1             (In open court)

2             DEPUTY CLERK:  Matter of the United States versus

3     Richard Rivera.  Counsel, please state your names for the

4     record.

5             MS. TEKEEI:  Good morning, your Honor, Negar Tekeei on

6     behalf of the government.

7             THE COURT:  Good morning, Ms. Tekeei.

8             MR. DRATEL:  Good morning, your Honor, Joshua Dratel

9     for Mr. Rivera.  I understand Mr. Rivera refused to come out

10    because he was ill, which it would be unlike him not to come

11    out unless he were legitimately ill, and I waive his appearance

12    today.

13            THE COURT:  Since we're not dealing with anything

14    substantive other than addressing scheduling matters, that is

15    fine with me.  What I ask you to do, Mr. Dratel, is order the

16    transcript and share it with him and confirm with him that you

17    have done so.

18            MR. DRATEL:  Yes, your Honor.

19            THE COURT:  We are here for the second pretrial

20    conference in this matter.  I had previously set a motions

21    deadline and no motions were filed.  I think the next order of

22    business is to set a trial date, is that correct?

23            MS. TEKEEI:  Yes, your Honor.

24            MR. DRATEL:  Yes, your Honor.

25            THE COURT:  Ms. Tekeei, if you had to estimate, how

1    long the trial would be?  What would you estimate?

2             MS. TEKEEI:  Two weeks total, your Honor.

3             THE COURT:  All right.  And I gather from my deputy

4    that you guys were looking for a trial date in September, is

5    that correct?

6             MS. TEKEEI:  That's correct, your Honor.

7             MR. DRATEL:  Yes, your Honor.

8             THE COURT:  I will set it down for trial beginning

9    September 8, 2014.  My practice is about two months before the

10   trial date I will issue an order, if the case hasn't otherwise

11   been disposed of, setting deadlines for the filing of requests

12   to charge, proposed voir dire, motions in limine, and a final

13   pretrial conference in early July, so you should look for that

14   order.

15            Obviously, if there is a disposition, you can contact

16   my chambers and we will make the necessary arrangements.  Let

17   me emphasize for your benefit, and when he reads the

18   transcript, for Mr. Rivera's benefit, that that trial date is a

19   firm date.  It is not going to change, and you should not think

20   it will change.  Barring a disposition, that's the date we will

21   go to trial, and you should understand that, and more

22   importantly, he should understand that.

23            What I will say -- if he were here I would say this

24   directly to him -- defendants sometimes do elect to change

25   counsel before trial.  If they're eligible for appointing

1    counsel or become eligible, then they do that, or if they
2    decide to retain counsel, retain counsel.  I am not suggesting
3    that Mr. Rivera should do that here.  As you know, Mr. Dratel,
4    I know you fairly well.  I know you're an exceptional lawyer,
5    and I have no reason to think that Mr. Rivera will elect to do
6    that, but I advise all defendants if they do, it is in their
7    interest to do that sooner rather than later and not wait until
8    the eve of trial, because the closer we get to trial, the less
9    likely it is that I will grant that application, because that
10   trial date is not going to change, and any attorney requires a
11   sufficient amount of time to prepare for trial.
12            So what I will ask you, Mr. Dratel, to do is order the
13   transcript, make sure that Mr. Rivera reads that, and indicate
14   by letter to me, represent by letter to me that he understands
15   that and has been advised of that, please.
16            MR. DRATEL:  I will, your Honor.
17            THE COURT:  Anything else for us to do, Ms. Tekeei?
18   Is there a speedy trial application?
19            MS. TEKEEI:  Yes, your Honor, we move to exclude time
20   between now and September 8 in order to allow the parties to
21   continue discussing a disposition of the case and/or preparing
22   for trial.
23            THE COURT:  Any objection?
24            MR. DRATEL:  No objection, your Honor.
25            THE COURT:  I will exclude time between today and

E59TRIVC

1    September 8.  I find that the ends of justice served by
2    excluding that time outweigh the interests of the defendant and
3    the public in a speedy trial to allow the parties to continue
4    their discussions regarding a potential disposition of the case
5    without trial, and in the absence of that, to allow the parties
6    to prepare for trial.
7              Anything further?
8              MS. TEKEEI:  Not from the government, your Honor.
9              MR. DRATEL:  No, your Honor, thank you.
10             THE COURT:  Terrific.  We are adjourned.  Have a
11   wonderful weekend.
12                                o0o