LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL  
—  
LINDSAY A. LEWIS  
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT  
*Office Manager*

June 19, 2014

**BY ELECTRONIC MAIL**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, New York 10007

                     Re:    *United States v. Richard Rivera*,
                                   13 Cr. 814 (JMF)

Dear Judge Furman:

      This letter confirms that, pursuant to the Court's direction, I have provided to Richard Rivera, defendant in the above-entitled action, and whom I represent therein, a transcript of the May 9, 2014, pretrial conference in this case, which Mr. Rivera was unable to attend due to illness.

                                                        Respectfully submitted,

                                                         Joshua L. Dratel

JLD/

cc:     Negar Tekeei
        Assistant United States Attorney