```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 07/15/2014           │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                                :
                                                        :
               -v-                                      :        13-CR-814-02 (JMF)
                                                        :
RICHARD RIVERA,                                         :        SCHEDULING ORDER
                                                        :
                         Defendant.                     :
                                                        :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Trial in this case is scheduled for **September 8, 2014** at **9:30 a.m.**

        It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **August 19, 2014**.  Any opposition to a motion *in limine* or trial memorandum shall be filed by noon on **August 26, 2014**.

        In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing.  In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

        It is further ORDERED that the parties appear for a final pretrial conference on **September 2, 2014**, at **3:00 pm** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

        The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.


        SO ORDERED.


Dated: July 15, 2014                            _____
       New York, New York                       JESSE M. FURMAN
                                                United States District Judge