UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

RICHARD RIVERA,

            Defendant.

------------------------------------------------------------X

13-CR-814-2 (JMF)

UNSEALING ORDER

JESSE M. FURMAN, United States District Judge:

    IT IS HEREBY ORDERED that the S2 Information filed on September 2, 2014 (and all related filings) in the above-captioned case be and are unsealed.

    SO ORDERED.

Dated: September 2, 2015
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/15