# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,           :

       v.                              :

                                 S2 13 Cr. 814 (JMF)

**RICHARD RIVERA,**                  :
   a/k/a "Richie,"

                           Defendant.   :

------------------------------------ x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 1951, and 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(C)(ii) and Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                 _____
                                 Defendant.

                                 _____
                                 Counsel for Defendant.

                                 _____
                                 Witness.

Date:  New York, New York
        September 2, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/14
```