```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Richard Rivera,

                Defendant.

Order of Restitution

S2 13 Cr. 814

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Sarah R, Krissoff, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One and Three of the above Information, S2 13 Cr. 814; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** RICHARD RIVERA, the Defendant, shall pay restitution in the total amount of $33,693 to the victims of the offenses charged in Counts One and Three. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims

09.10.2013

attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

January 8, 2016

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

# SEALED

# SCHEDULE OF VICTIMS